RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 04 2024

FILED
DOCKETED
DATE
INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Finding |

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** | 24-5775 |

**Case Name** | Van Huisen V. Covello, Et Al. |

**Lower Court or Agency Case Number** | 4:23-cv-03255 GR |

**What is your name?** | Gregory S. Van Huisen |

1. **What** do you want the court to do?

   My Release Date Got Changed on 8-27-2024 to 11-22-2024 From 1-2028. The Change was Lawful And Naturale. It Then Was Revoked "Poaching" Unlawfully As Of 11-22-2024 (Hold) Unathorized Sent

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)* Discharge —

   All The Above, A Valid Point Capable Of Being Justified. Warning [Stealth Factor] And Dissolution See Magna Charta A Seperate But Equal Station. Major Continent " The Greater Contains The Less'! Patrician- The Revolution... Unaturale Kingdom is Defined As A Natural World.

   Dry Rot

**Your mailing address:**

MCSP A5236 P.O. Box 409070

**City** | Ione | **State** | CA | **Zip Code** | 95640 |

**Prisoner Inmate or A Number (if applicable)** | AS8561 |

**Signature** | [signature] | **Date** | 9-30-2024 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                 New 12/01/2018